IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DAVIS, on behalf of
DANIELLE DAVIS, a minor,

   Plaintiff,         No. CIV S-10-2268 LKK KJM PS

 vs.

FOLSOM CORDOVA UNIFIED
SCHOOL DISTRICT, et al.,

   Defendants.       ORDER

_____/

   Plaintiff, on behalf of his minor child, is proceeding in this action pro se. A minor can only proceed if represented by counsel. Johns v. County of San Diego, 114 F.3d 874 (9th Cir. 1997); Local Rule 202(a). Plaintiff will therefore be granted thirty days in which to obtain counsel.

   Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to obtain counsel and file a substitution of attorneys. Failure to obtain counsel will result in a recommendation this action be dismissed without prejudice.

DATED: August 25, 2010.

                  _____
                  U.S. MAGISTRATE JUDGE

006
davis.minor